UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRAIRIE STREET CAPITAL, INC., <br><br>       Plaintiff, <br><br>-*against*- <br><br>KOBI AFEK, FOUNDERS EQUITY I, LP, JOHN TEEGER, SUELLEN HABER, *as executor of Warren Haber's estate*, ROSES CONFECTIONS, L.P., SBHC LLC, ROSES RE HOLDINGS, LLC, *and* WEBSTER BUSINESS CREDIT CORPORATION, <br><br>       Defendants. | **ORDER** <br><br>25-cv-00086 (ER) |

RAMOS, D.J.

  On March 11, 2025, defendant Webster Business Credit Corporation and defendants Roses Confections, LP, Roses Holdings Limited, and Roses RE Holdings, LLC filed separate motions to dismiss the complaint. Docs. 51, 57. On March 20, 2025, Plaintiffs filed an amended complaint. Doc. 64.

  Accordingly, as the original complaint is no longer the operative pleading, the pending motions to dismiss are moot. Docs. 51, 57. The Clerk of Court is respectfully directed to terminate the motions, Documents 51, 57.

  SO ORDERED.

Dated: April 2, 2025
     New York, New York

                          _____
                          EDGARDO RAMOS, U.S.D.J.